Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Melissa J. Levine
mlevine@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Garrison Drama Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARRISON DRAMA LIMITED,<br><br>*Plaintiff*<br><br>v.<br><br>BEE-CASSO HAT MAKER, BLEOUK, CANGLEIOX, CHENGDUYIMEIERSHANGMAOYOUXIANGONGSI, DANZHAN, DONGRUO CO.LTD, EOPUING, FIACAFYO, FISH FAIRY, FREEDOM LUCKY STORE, FUYANGBEIXIONGSHANGMAOYOUXIANGONGSI, G2TUP-US, GJTIM, HAPPYCART EMPORIUM, HAPPYHAVENHUB, HERYUUK, HOMEE, HYWYS, JUNLIANGSTORE, KUKUZHU STORE, KUQIN, LTTOISL, MISTEROLINA, NIEHUAOCHAONGCSHENG31TIAN, POULYUOVL, PULILIN, PUYANGHUAMENGSHENSHANGMAOYOUXIANGONGSI, QAQYU, SHANGHAIQIANMOMAOYIYOUXIANGONGSI, SHENGMAN CO.LTD, SHIJIAZHUANGXIAOYIANYINGTONGSHANGM | **25-cv-2316 (AKH)**<br><br>[PROPOSED]<br>**UNSEALING ORDER** |

1

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this 2nd day of April, 2025, at 11 a.m.
New York, New York

HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

3