UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARRISON DRAMA LIMITED,

Plaintiff,

-v-

BEE-CASSO HAT MAKER, *et al.*,

Defendants.

25 Civ. 2316 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On November 24, 2026, this action was reassigned to the undersigned. The docket reflects that every Defendant has been terminated from this action. On March 11, 2026, the late Honorable Alvin K. Hellerstein reopened this case for the limited purpose of directing the turnover of the Defaulting Defendants' assets held by Amazon. Dkt. 56. The turnover order has been entered, there are no pending motions, and Plaintiff has filed nothing since September 8, 2026. *See* Dkt. 60. By December 8, 2026, Plaintiff shall submit a letter advising the Court of its position as to whether this case should be closed.

SO ORDERED.

Dated: November 25, 2026
New York, New York

JOHN P. CRONAN
United States District Judge